IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Attorneys Liability Protection Society, Inc. A Risk Retention Group, a Montana Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Gregory Singleton as Personal Representative for the Estates of Barry Naylor, Yvonne Naylor, Emdia Naylor, Barry Naylor II, individually, Ernest William Cromartie III, Dinah C. Wiley, Ernest William Cromartie II and The Cromartie Law Firm, LLP,<br><br>        Defendant. | ) ) ) Civil Action Number 3:04-22519-24BD ) ) ) ) ) **SETTLEMENT ORDER** ) ) ) ) ) ) ) ) ) ) ) ) ) |

    The Plaintiff and Defendants have informed this Court that they have settled this action consistent with the following terms and conditions and that it is the parties' desire this action be ended with a Settlement Order as follows:

    1.    Attorneys Liability Protection Society, Inc., a Risk Retention Group, a Montana Corporation, (hereafter "ALPS") issued Professional Liability Policy Nos. ALPS5192, ALPS5192-1, ALPS5192-2, ALPS5192-3 (the "Policies"), successively to The Cromartie Law Firm, LLP with stated policy periods commencing May 1, 2000 and terminating May 1, 2004. These policies along with all endorsements thereto are hereby rescinded and declared null and void ab initio for the reasons set out in the Plaintiff's pleadings.

2. ALPS owes no further obligation to defend or indemnify the Cromartie Law Firm, LLP or any of the individual defendants in connection with the action styled <u>Gregory Singleton, As Personal Representative for the Estates of Barry Naylor, Yvonne Naylor, and Emdia Naylor, and Barry Naylor, II, individually v. Ernest William Cromartie, II and The Cromartie Law Firm, LLP</u>, South Carolina Court of Common Pleas for the Fifth Judicial District, Civil Action No. 2004-CP-40-0476, or any other claims or lawsuits that have been or may be asserted in the future against The Cromartie Law Firm, LLP and/or any of the individual defendants.

3. ALPS owes no further obligation to The Cromartie Law Firm, LLP or to any of the other individual defendants under the Policies and owes no obligation to issue extended reporting period endorsements to The Cromartie Law Firm, LLP or to any of the individual defendants.

IT IS SO ORDERED.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

March 27, 2006

WE SO MOVE AND CONSENT:
The below parties consent through Counsel:

                                        s/Warren C. Powell, Jr.
                                        Warren C. Powell, Jr. (Fed. I.D. No. 3138)
                                        Bruner Powell Robbins Wall and Mullins, LLC
                                        P.O. Box 61110
                                        Columbia, SC 29260
                                        (803) 252-7693
                                        (803) 254-5719
                                        *Attorneys for Plaintiff*

Columbia, South Carolina
March 24, 2006

                                        s/Steedley Bogan
                                        J. Steedley Bogan (Fed. I.D. No. 1368)
                                        P.O. Box 12489
                                        Columbia, SC  29211
                                        (803) 256-6747
                                        (803) 771-0610 (fax)
                                        *Attorney for Defendants Ernest William Cromartie, II, Dinah C. Wiley, Ernest William Cromartie, III, and The Cromartie Law Firm, LLP*

Columbia, South Carolina
March 24, 2006

                                        s/R. Bentz Kirby
                                        R. Bentz Kirby (Fed. I.D. No. 2354)
                                        Glenn Walters (Fed. I.D. No. 6354)
                                        Glenn Walters, Attorney at Law, P.A.
                                        P.O. Box 1091
                                        Orangeburg, SC 29116
                                        (803) 531-8844
                                        (803) 531-3628 (fax)
                                        *Attorneys for Gregory Singleton as Personal Representative of the Estates of Barry Naylor, Yvonne Naylor, Emdia Naylor and Barry Naylor, II, individually*

Orangeburg, South Carolina
March 24, 2006